STATE of Missouri, Respondent,

v.

Edward O. NEWLAND, Appellant.

No. WD 41104.

Missouri Court of Appeals,
Western District.

June 20, 1989.

Grant W. Smith, Cyril M. Hendricks, Jefferson City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before KENNEDY, C.J., and TURNAGE and GAITAN, JJ.

ORDER

PER CURIAM.

Appeal from a conviction for sale of a controlled substance in violation of Section 195.020.1, RSMo 1986.

Judgment affirmed. Rule 30.25(b).